MARLEE, INC., Respondent, v. THORIA BITTAR, Appellant. PARADE HOLDING CORPORATION, Respondent; JOHN SCHLUTER and JOHN J. KELLY, Respondents.— Order, as resettled, denying motion to punish plaintiff and certain defendants for contempt, to enjoin said parties from interfering with premises, and to direct the sheriff to put defendant Bittar in possession, affirmed, with ten dollars costs and

disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.